

# Fourth Court of Appeals
## San Antonio, Texas

April 19, 2022

No. 04-22-00021-CR

Robert Ray **LACINA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-18-0000127
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

Appellant's brief was due on April 13, 2022. On April 14, 2022, appellant filed a motion requesting a one-day extension of time contemporaneously with the brief. The motion is GRANTED.

On April 14, 2022, appellant's court-appointed counsel filed a motion to withdraw and a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). Counsel asserts there are no meritorious issues to raise on appeal. Counsel certifies he informed appellant of his right to file his own brief and provided appellant with a form motion that appellant may use to request the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to request the appellate record, he must file the motion requesting the record **no later than May 3, 2022**. If appellant desires to file a pro se brief, he must do so **no later than June 3, 2022**. *See Bruns*, 924 S.W.2d at 177 n.1. If appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date appellant's pro se brief is filed in this court.

It is ORDERED that counsel's motion to withdraw is HELD IN ABEYANCE pending further order of the court.



Irene Rios, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of April, 2022.

MICHAEL A. CRUZ, Clerk of Court